35 So.3d 1033 (2010)
Julio A. RICARDO, Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS COMMISSION, et al., Appellees.
No. 3D09-2316.
District Court of Appeal of Florida, Third District.
June 2, 2010.
Joseph Perea, Miami, for appellant.
M. Elaine Howard, Tallahassee, Senior Attorney, for appellee, Florida Unemployment Appeals Commission.
Before RAMIREZ, C.J., and COPE and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See Miller v. Unemployment Appeals Comm'n, 690 So.2d 752 (Fla. 5th DCA 1997).